## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | |
|---|---|
| **BELINDA MORGAN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 4:02 CV 500 TSL-AGN |
| **FIRST FAMILY FINANCIAL** ) | |
| **SERVICES, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

CAME ON, to be heard on Defendants' Motion to Dismiss, and the Court, having been advised in the premises, finds said Motion to be well taken and further finds that same should be GRANTED.

IT IS THEREFORE ORDERED, AND ADJUDGED, that all claims asserted by all plaintiffs, including, Belinda Morgan, Jerrie Holly, Thelma Newsome, Alice Session, Willie Harper, Rosalind Holloway and Hazel Coleman against Defendants shall be dismissed with prejudice, the Court specifically retaining jurisdiction to hear and decide Defendants' Motion to Recover Attorneys' Fees and Cost Incurred from their Motion to Disqualify and Related Discovery.

SO ORDERED, this the  23rd  day of November, 2005.

/s/ Tom S. Lee
U.S. DISTRICT COURT JUDGE TOM S. LEE

Submitted by:
Eric F. Hatten, MBN 10428
BURR & FORMAN LLP
401 East Capitol Street, Suite 100
Jackson, Mississippi 39201
ATTORNEY FOR DEFENDANTS